UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62572-CIV-SINGHAL/STRAUSS

LINDA KULMANN,

    Plaintiff,

vs.

NATALIE RINALDI, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge (DE [22]) recommending that this cause be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff is proceeding *pro se* and has requested leave to proceed *in forma pauperis.* The Magistrate Judge conducted a screening of Plaintiff's claim pursuant to 28 U.S.C. § 1915(e) and has determined that this Court lacks jurisdiction over the action. Plaintiff has not filed an objection to the Report and Recommendation. The Court has conducted a *de novo* consideration of the matter.

It is unclear whether Plaintiff is attempting to remove a state court probate proceeding (Case No. PRC240000711) pending in the Circuit Court in Broward County, Florida, or whether she is seeking to pursue a claim for tortious interference with an expectancy of an inheritance. The Court agrees with the Magistrate Judge that the Court lacks jurisdiction under either theory.

First, a federal court has no jurisdiction over probate proceedings or the administration of an estate. *Markham v. Allen,* 326 U.S. 490, 494 (1946). Second, if Plaintiff is attempting to assert a tort claim, she has failed to establish or allege facts supporting diversity jurisdiction. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (DE [22]) is **APPROVED AND ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of February 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
by US Mail to:

Linda Kulmann, pro se
PO Box 125
Southbury CT 06488